COLIN M. RUBICH
ZENO B. BAUCUS
Assistant U.S. Attorney
U.S. Attorney's Office
2601 Second Ave. N., Ste. 3200
Billings, MT 59101
Phone: (406) 247-4684
Fax: (406) 657-6989
E-mail: Colin.Rubich@usdoj.gov
        Zeno.Baucus@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA



**FILED**

JUN 2 1 2018

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 18- 85 -BLG- DLC |
|---|---|
| Plaintiff, | INDICTMENT |
| vs. | WIRE FRAUD<br>(Counts I-VI)<br>Title 18 U.S.C. § 1343<br>(Penalty: 20 years imprisonment, $250,000 fine, and three years supervised release) |
| LARRY WAYNE PRICE JR., *aka* L.J. Price,<br><br>Defendant. | CRIMINAL FORFEITURE<br>Title 18 U.S.C. § 981(a)(1)(C)<br>Title 28 U.S.C. § 2461(c) |

THE GRAND JURY CHARGES:

1

# COUNTS I-IV
# WIRE FRAUD

## THE SCHEME TO DEFRAUD – NINETY M

That beginning on or about March 29, 2017, and continuing thereafter until on or about January 9, 2018, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, devised and executed a material scheme and artifice to obtain money by means of material false and fraudulent pretenses, representations, and promises. Specifically, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, while serving as the manager of Ninety M, L.L.C., a Wyoming company engaged in coal mining activities, falsely solicited approximately $13,500,000 from the owners of Ninety M for the purchase of real property, mining equipment, and supplies knowing that a substantial portion of that amount would not be used for the purchase of real property, mining equipment and supplies, and would be, instead, misappropriated for his personal use.

## INTERSTATE WIRES

On or about the dates in the table below, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, for the purpose of executing the scheme described

2

above, did knowingly cause to be transmitted in interstate commerce wire communications, as outlined in the table below, in violation of 18 U.S.C. § 1343.

| Count | Date | Transaction | Amount |
|---|---|---|---|
| I | July 3, 2017 | Electronic transfer from Summit Community Bank in West Virginia to Rocky Mountain Bank in Montana | $3,990,000 |
| II | September 27, 2017 | Electronic transfer from JP Morgan Chase Bank in Texas to Rocky Mountain Bank in Montana | $2,900,000 |
| III | November 8, 2017 | Electronic transfer from JP Morgan Chase Bank in Texas to Rocky Mountain Bank in Montana | $1,800,000 |
| IV | January 2, 2018 | Electronic transfer from JP Morgan Chase Bank in Texas to Rocky Mountain Bank in Montana | $300,000 |

COUNTS V-VI
WIRE FRAUD

THE SCHEME TO DEFRAUD – THREE BLIND MICE

That beginning on or about October 6, 2016, and continuing thereafter until on or about January 31, 2018, at Billings and within Yellowstone County, in the State and District of Montana, and elsewhere, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, devised a material scheme and artifice to obtain money by false and fraudulent pretenses, representations, and promises. Specifically, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, fraudulently induced the owners of Three Blind Mice, LLC, a Wyoming company engaged in coal mining

3

activities, to loan him $7.5 million for the purchase and installation of equipment related to coal mining knowing that there were no plans to purchase and install coal mining equipment and that he would misappropriate the funds for his personal use.

## INTERSTATE WIRES

On or about the dates in the table below, at Billings and within Yellowstone County, in the State and District of Montana, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, for the purpose of executing the scheme described above, did knowingly cause to be transmitted in interstate commerce wire communications, as outlined in the table below, in violation of 18 U.S.C. § 1343.

| Count | Date | Transaction | Amount |
| --- | --- | --- | --- |
| V | October 6, 2016 | Electronic transfer from First Interstate Bank in Wyoming to Rocky Mountain Bank in Montana | $2,500,000 |
| VI | November 4, 2016 | Electronic transfer from First Interstate Bank in Wyoming to Rocky Mountain Bank in Montana | $2,500,000 |

## FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts I-VI of this Indictment, the defendant, LARRY WAYNE PRICE JR., *aka L.J. Price*, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any

property, real and personal, which constitutes and is derived from proceeds traceable to said offense. The property includes, but is not limited to, the following:

- Lot 1, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 2, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 3, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 4, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- a 2017 Anthem 44B Class A Diesel RV, VIN 4VZAU1D92HC08412; and

- a 2016 Quantum RS26 Class C Motorhome, VIN 1FDXE4F86GDC25523.

The United States of America shall be entitled to forfeiture of substitute property, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), if any property that constitutes and is derived from the proceeds traceable to any offense set forth in Counts I-VI:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. had been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty.

A TRUE BILL.

Foreperson signature redacted. Original document filed under seal.

_____
FOREPERSON

_____
KURT G. ALME
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

Crim. Summons _____

Warrant: ✓ _____

Bail: _____