

**LODGED**

JUL - 2 2018

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-85-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| LARRY WAYNE PRICE, JR., *aka* L.J. Price, | |
| Defendant. | |

Upon motion of Colin M. Rubich, Assistant United States Attorney for the District of Montana, and good cause appearing therefore,

1

IT IS HEREBY ORDERED that the indictment and warrant in this case is UNSEALED.

DATED this __2__ day of July, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge