# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br>vs.<br><br>LARRY WAYNE PRICE JR., *aka L.J. Price*,<br>                        Defendant. | CR-18-85-BLG-DLC<br><br>**WARRANT FOR ARREST**<br><br>TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER |

     YOU ARE HEREBY COMMANDED to arrest LARRY WAYNE PRICE JR., *aka L.J. Price* and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the INDICTMENT charging him with Wire Fraud in violation of Title 18 United States Code, Section 1343; Forfeiture Allegation.

Assigned to: Colin Rubich

_____
A. Carrillo, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE TIMOTHY J. CAVAN
Billings, Montana



**BAIL FIXED AT NONE**
Date of Issue: 21st day of June, 2018

| *RETURN* | | |
|---|---|---|
| **DATE RECEIVED:** | **LOCATION:** | |
| **EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT** | | |
| **DATE OF ARREST:** 7-2-18 | | *Rod Ostermiller*<br>**UNITED STATES MARSHAL** |
| **LOCATION:** ABINGTON DIVISION W/VA | | |
| **BY:** Mike Smith | **Deputy U.S. Marshal** | |