CLOSED

# U.S. District Court
# Western District of Virginia (Abingdon)
# CRIMINAL DOCKET FOR CASE #: 1:18-mj-00097-JPJ-1

Case title: USA v. Price

Date Filed: 07/02/2018
Date Terminated: 07/02/2018

Assigned to: Judge James P. Jones

**Defendant (1)**

**Larry Wayne Price, Jr**     represented by **Thomas Jack Bondurant , Jr.**
*TERMINATED: 07/02/2018*                                     Gentry Locke Rakes & Moore
*also known as*                                                   P.O. Box 40013
L. J. Price                                                       Roanoke, VA 24022-0013
*TERMINATED: 07/02/2018*                                     540-983-9389
Fax: 540-983-9400
Email: bondurant@gentrylocke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**                                                                    **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                                       **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                                         **Disposition**
None

**Plaintiff**

USA                                           represented by   **Zachary T. Lee**
                                                               United States Attorneys Office
                                                               180 West Main Street, Suite B19
                                                               Abingdon, VA 24210
                                                               276-628-4161
                                                               Fax: 276-628-7399
                                                               Email: USAVAW.ECFAbingdon@usdoj.gov
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*
                                                               *Designation: US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2018 | 1 | Rule 5(c)(3) Documents Received as to Larry Wayne Price, Jr (Attachments: # 1 Motion to Unseal, # 2 Order Unsealing Case, # 3 Warrant Returned Executed, # 4 Docket Sheet District of Montana) (lml) (Entered: 07/03/2018) |
| 07/02/2018 |   | Arrest - 5(c)(3) of Larry Wayne Price, Jr (lml) (Entered: 07/03/2018) |
| 07/02/2018 | 2 | Minute Entry for proceedings held before Judge James P. Jones:Initial Appearance Rule 5(c)(3) Complaint/Indictment - Other District as to Larry Wayne Price, Jr held on 7/2/2018, Bond Hearing as to Larry Wayne Price, Jr held on 7/2/2018() (Court Reporter: JoRita Meyer, OCR) (lml) (Entered: 07/03/2018) |
| 07/02/2018 | 3 | ORDER Setting Conditions of Release as to Larry Wayne Price Jr (1) 250,000.00 Surety Bond. Signed by Judge James P. Jones on 7/2/2018. (lml) (Entered: 07/03/2018) |
| 07/02/2018 | 4 | Secured Bond Entered as to Larry Wayne Price, Jr in amount of $ $250,000.00 (lml) (Entered: 07/03/2018) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/03/2018 17:44:27 | | | |
| **PACER Login:** | ud2063:4283572:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:18-mj-00097-JPJ |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

## CRIMINAL MINUTES - INITIAL APPEARANCE - RULE 5
(Complaint/Indictment/Other District)

Case No.: 1:18MJ00097                                    Date: 7/2/2018

**Defendant(s):** Larry Wayne Price Jr.            **Counsel:** Thomas J. Bondurant, Jr. / Retained
a/k/a L. J. Price

PRESENT:  Presiding Judge:   James P. Jones, USDJ    TIME IN COURT: 2:04 – 2:26 p. m.
          Deputy Clerk:      Lottie Lunsford                         2:51- 3:00 p. m.
          Court Reporter:    JoRita Meyer, OCR                       (31 minutes)
          AUSA:              Zachary T. Lee
          USPO:              Miranda Hilton
          Case Agent:        David Britten, FBI
          Interpreter:       N/A

☒  Defendant arrested on warrant from District of Montana/Billings Division
   Defendant waives removal and agrees to return to the District of Montana.

### RIGHTS:

☒  Defendant advised of charges and nature of proceedings and provision of Rule 20.
☒  Defendant's counsel in the pending criminal case 1:18CR15 and civil case 1:18CV27 is appearing for the defendant at this hearing but will wait to see if he will represent the defendant in Montana.
☒  Defendant advised of right to preliminary exam.
☒  Defendant advised of right to identity hearing.
☒  Defendant advised of right to a bond/detention hearing.

### COUNSEL:

☒  Defendant present with counsel.

### IDENTITY:

☐  Identity hearing held.
☒  Identity hearing waived.*

### PRELIMINARY HEARING:

☒  Preliminary hearing waived.*

### RELEASE/DETENTION:

☒  Government moves for detention. Argument heard.
☒  Detention hearing held.
   The Court directs $250,000.00 of the $500,000.00 posted in 1:18MJ74/1:18CR15 be transferred to the Unites States District Court in Montana for bond in the criminal case there.

The Court imposes the same conditions as in 1:18CR15 with one exception. The Court removes the condition requiring the defendant to notify the probation officer of disposal of assets as a receiver has been appointed by the court in the civil action in this court.

☒ Conditions of Release/Bond to enter for reasons as follows:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case. Shall have no contact whatsoever with Leann Lambert and shall not be present at the restaurant where she is employed. Shall have no contact whatsoever with any member of the Pagan motorcycle gang.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall reside at his/her residence in Bluefield, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such. All businesses he owns shall be free of firearms.
(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer. Shall submit to random routine pill counts and shall reveal all health care providers to the probation officer; and if he should receive any prescriptions for opioids he shall provide that information to the probation officer.
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(i) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
(j) The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport
(k) The defendant shall be placed on GPS electronic monitoring.
(l) The defendant shall disclose all pharmacies and healthcare providers to his supervising officer and shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements
(m) The defendant shall obtain a mental health evaluation within 30 days and shall follow all directives of that evaluation.
(n) The defendant shall reveal to the probation officer any security systems installed at his home.

**Additional Information:**

The defendant shall appear as scheduled in the United States District Court in Montana/Billings Division for any future hearing.

.

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

UNITED STATES OF AMERICA )
)
v. ) Case No. 1:18MJ00097
)
Larry Wayne Price, Jr., a/k/a L. J. Price )
Defendant )

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant must not commit any offense in violation of federal, state or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 USC 14135(a)

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before any change in address or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve any sentence imposed. The defendant must next appear as scheduled at U.S. District Court, District of Montana Billings

(5) The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions listed below:

(6) The defendant must:

(a) The defendant shall avoid contact outside the presence of his/her counsel with any alleged victims or potential witnesses regarding his/her case. Shall have no contact whatsoever with Leann Lambert and shall not be present at the restaurant where she is employed. Shall have no contact whatsoever with any member of the Pagan motorcycle gang.
(b) The defendant shall report as directed by the probation officer, shall follow the direction of the probation officer; shall promptly report any personal status changes to the probation officer: this shall include immediately reporting any contact by law enforcement officers regarding a criminal investigation or any additional criminal charges placed against the defendant. The defendant shall reside at his/her residence in Bluefield, and shall not change residences without the permission of the probation officer.
(c) The defendant shall abstain from the use of alcohol or any use or possession of any controlled substances unless prescribed by a licensed treating physician for a legitimate medical purpose.
(d) The defendant shall not possess a firearm or other dangerous weapon and shall reside in a residence free of such. All businesses he owns shall be free of firearms.
(e) The defendant shall submit to random routine drug and or alcohol testing as directed by the probation officer. Shall submit to random routine pill counts and shall reveal all health care providers to the probation officer; and if he should receive any prescriptions for opioids he shall provide that information to the probation officer.
(f) The defendant shall not travel outside the Western District of Virginia without first obtaining permission from the probation officer.
(g) The defendant shall submit to warrantless search and seizure of his/her person and property as directed by the probation officer for the purpose of determine if he/she is in compliance with his/her conditions of pretrial release.
(h) The defendant shall not associate with any known users/possessors of illegal controlled substances and shall not be

present in any location where illegal controlled substances are being used and/or distributed, unless approved by the supervising officer in cooperation with law enforcement officers.
(i) The defendant shall restrain any animals on the premises of his/her residence in a way so as to not interfere with the probation officer's access to the defendant's residence and to ensure the officer's safety.
(j) The defendant shall surrender his/her passport to the Probation Office to be held pending further order of the court; the defendant shall not apply to obtain a passport
(k) The defendant shall be placed on GPS electronic monitoring.
(l) The defendant shall disclose all pharmacies and healthcare providers to his supervising officer and shall allow the probation officer open communication with any treatment agencies or health care providers for the purpose of monitoring the defendant's compliance with all treatment requirements
(m) The defendant shall obtain a mental health evaluation within 30 days and shall follow all directives of that evaluation.
(n) The defendant shall reveal to the probation officer any security systems installed at his home.

## ADVISE OF PENALTIES AND SANCTIONS
**TO THE DEFENDANT:**

**YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:**

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt and could result in a possible term of imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (i.e., in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250.00 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant, retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you will be fined not more than $250.00 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you will be fined not more than $250.00 or imprisoned for not more than five years, or both;
(3) any other felony, you will be fined not more than $250,000 or imprisoned not more than one year, or both;
(4) a misdemeanor, you will be fined not more than $100,000 or imprisoned not more than one year or both;

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

## ACKNOWLEDGMENT OF DEFENDANT

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Defendant's Signature

## DIRECTIONS TO UNITED STATES MARSHAL

(X) The defendant is ORDERED released after processing.
( ) The United States Marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 7/2/2018

_____
James P. Jones, United States District Judge

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

JUL 02 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| United States of America | ) APPEARACNE BOND AND BOND |
| | ) ENSURING CONDITIONS OF RELEASE |
| v. | ) Case No. 1:18MJ00097 |
| | ) |
| Larry Wayne Price, Jr. a/k/a L. J. Price, | ) |
| Defendant | ) |

Surety: I, the undersigned defendant acknowledge that I and my personal representatives, jointly and severally, are bound to pay to the United States of America the sum of $500,000.00, and there has been deposited in the Registry of the Court the sum of $250,000 from the bond posted in 1:18MJ74/ 1:18CR00015 shall be transferred to the U. S. District Court District of Montana Billings Division.

The conditions of this bond are the defendant, Larry Wayne Price, Jr., is to comply with all conditions of pretrial release and is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by and United States District Court having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued any payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on 7/2/2018 at Abingdon, Virginia

_____
Signature of defendant

_____
Signature of Judge