IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUL 1 8 2018
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 18–85–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| LARRY WAYNE PRICE, JR. *aka L.J. Price*, | |
| Defendant. | |

Defendant moves for the admission of Thomas J. Bondurant, Jr., to practice before this Court in this case with Ryan J. Gustafson to act as local counsel. The application appears to be in order and there appears good cause for Mr. Bondurant's admission *pro hac vice*.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motion to Admit Counsel *Pro Hac Vice* (Doc. 14) is GRANTED on the condition that Mr. Bondurant shall do his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Bondurant, within fifteen (15) days of this Order, files a separate pleading acknowledging his admission under the terms set forth above.

DATED this 18th day of July, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court