Ryan J. Gustafson, Bar ID 12404
Matovich, Keller & Huso, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500
Email: rgustafson@mkhattorneys.com

Thomas J. Bondurant, Jr. (*pro hac vice*)
Gentry Locke
10 Franklin Road, SE, Suite 900
Roanoke, VA 24011
Telephone: (540) 983-9300
Facsimile: (540) 983-9400
Email: bondurant@gentrylocke.com

**Attorneys for Larry Price, Jr.**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | CR-18-85-BLG-DLC |
| vs. | | |
| | | **RESPONSE TO ALIBI DEMAND** |
| LARRY WAYNE PRICE, JR., A/K/A L.J. PRICE, | | |
| Defendant | | |

On August 6, 2018, the government made an Alibi Demand pursuant to *Federal Rule of Criminal Procedure 12.1*. Defendant Price moves to dismiss this demand.

26480/3/8525811v1

Mr. Price is indicted for an alleged financial scheme lasting from October 6, 2016 to January 31, 2018. The only specific dates alleged concern electronic monetary transfers which are of no relation to a specific physical presence of the defendant. As part of an alibi demand, *Rule 12.1(a)* requires the government to "state the time, date, and place of the alleged offense." This requirement remains unfulfilled.

In accordance with the reasons stated above, Defendant Price moves that the Alibi Demand be dismissed.

Dated this 17th day of August, 2018.

*/s/ Thomas J. Bondurant, Jr.*

Thomas J. Bondurant, Jr. (*pro hac vice*)
Gentry Locke
10 Franklin Road SE, Suite 900
Roanoke, Virginia 24011
Telephone:  540-983-9300
Facsimile:  540-983-9400
bondurant@gentrylocke.com

and

Ryan J. Gustafson, Bar ID 12404
Matovich, Keller & Huso, P.C.
2812 First Avenue North, Suite 225
P.O. Box 1098
Billings, MT 59103-1098
Telephone: (406) 252-5500
Email: rgustafson@mkhattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2018, a copy of the foregoing was served on the following persons by the following means:

| | | | |
|---|---|---|---|
| __1, 2__ | CM/ECF | _____ | Fax |
| _____ | Hand Delivery | _____ | E-Mail |
| _____ | Mail | _____ | Overnight Delivery Service |

1. **Clerk, U.S. District Court**

2. Colin M. Rubich
   Zeno B. Baucus
   Assistant U.S. Attorney
   U.S. Attorney's Office
   2601 Second Ave. N., Ste. 3200
   Billings, MT 59101
   *Attorneys for United States of America*

 

*/s/ Thomas J. Bondurant, Jr.*

Thomas J. Bondurant, Jr. (*pro hac vice*)
Gentry Locke Attorneys
10 Franklin Road SE, Suite 900
Roanoke, Virginia 24011
Telephone: 540-983-9300
Facsimile: (540) 983-9400
bondurant@gentrylocke.com