# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18–85–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| LARRY WAYNE PRICE, JR. *aka L.J. Price*, | |
| Defendant. | |

**FILED**

OCT 2 5 2018

Clerk, U.S. District Court
District Of Montana
Missoula

Justin M. Lugar having failed to comply with this Court's Order requiring a separate pleading acknowledging his admission *pro hac vice* (Doc. 22 at 2),

IT IS ORDERED that the Court's July 23, 2018 Order admitting Justin M. Lugar *pro hac vice* (Doc. 22) is hereby WITHDRAWN.

DATED this 25th day of October, 2018.

Dana L. Christensen, Chief Judge
United States District Court