UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY WAYNE PRICE, JR. a/k/a L.J. PRICE, <br><br> Defendant. | CR-18-085-BLG-DLC <br><br> ORDER |

Defendant Larry Wayne Price, Jr. a/k/a L.J. Price was arrested in the Western District of Virginia on July 2, 2018, and was ordered to post a two hundred fifty thousand dollar ($250,000) appearance bond.

IT IS ORDERED that the clerk of court shall accept a check in the amount of two hundred fifty thousand dollars ($250,000) from the Western District of Virginia to be held until further order of the Court.

DATED this 30th day of October, 2018.

_____
Honorable Timothy J. Cavan
United States Magistrate Judge