IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR,<br>aka L.J. Price,<br><br>             Defendant. | CR 18-85-BLG-DLC-TJC<br><br>**ORDER SETTING CHANGE OF PLEA HEARING** |

Judge Christensen has referred to the undersigned Defendant's Motion to Change Plea. (*See* Doc. 42.) Accordingly,

IT IS ORDERED that, provided the parties consent, the Court will conduct a change of plea hearing on **December 18, 2018, at 9:30 a.m.** in the Bighorn Courtroom, James F. Battin Federal Courthouse, Billings, Montana.

DATED this 13th day of December, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge