IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
JUN 10 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LARRY WAYNE PRICE, JR., *aka* L.J. Price*,

Defendant.

CR 18–85–BLG–DLC

ORDER

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture and brief in support. Defendant Larry Wayne Price appeared before the Court on December 18, 2018, and entered a plea of guilty to the Superseding Information. The plea agreement filed with the Court also admits the forfeiture allegation. Price's counsel does not object to the preliminary order of forfeiture. Price's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 981(a)(1)(A) and (C) and 28 U.S.C. § 2461(c).

IT IS ORDERED:

THAT Price's interest in the following property as existed at the date of the crimes charged is forfeited to the United States in accordance with 18 U.S.C. § 981(a)(1)(A) and (C) and 28 U.S.C. § 2461(c):

- Lot 1, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 2, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 3, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- Lot 4, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto;

- a 2016 Quantum RS26 Class C Motorhome, VIN 1FDXE4F86GDC25523.

- 1071 Lodge Drive, Bastian, VA 24314, Parcel ID #74A22;

- 5875 Whispering Woods Drive, Billings, MT 59106, Tax ID : A30501;

- 3533 Ferncliff Road, Pulaski, VA 24301, Tax ID 092-007-0000-0008;

- 6957 Owens Road, Radford, VA 24141, Tax ID 075-002-0001-0017;

- 2017 Trailstar Boat Trailer, VIN: 4TM19GH18HB00102;

- 2017 Big Tex Trailer 14ET34SFGN, VIN: 16VEX3424F2000941;

- 2017 Trailstar Boat Trailer, VIN: 4TM13MU25HB001075;

- 2018 Load Rite Boat Trailer, VIN: 5A4JG6X25J2010168;

- 2017 Tracker, Hull ID No. BUJ31030E617;

- 2017 Ranger, Hull ID No. RGR12251A617;

- 2017 Tracker, Hull ID No. BUJ10087A717;

- 2017 Ranger, Hull ID No. RGR12251A617;

- 2017 Sea Ray, Hull ID No. SERV1829J617;

- Jewelry purchased after October 1, 2016; and

- A personal money judgment in the amount of $20,321,134.00 (in that such sum in aggregate was obtained directly or indirectly as a result of said offenses or is traceable to such property).

THAT the United States Marshals Service and the Federal Bureau of Investigation are directed to locate and seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described personal property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 924(d) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed;

THAT real property described above as Lots 1 through 4 is subject to a separate motion for interlocutory sale and a stipulation with the title owner, which

possession and sale are addressed in a separate order filed contemporaneously herewith; and

THAT the Court hereby enters a Preliminary Order of Forfeiture as to Defendant's interest in the listed property, with an ancillary proceeding to be set after sentencing for any unresolved claims to the property.

DATED this 10th day of June, 2019.

Dana L. Christensen, Chief Judge
United States District Court