

FILED
SEP 27 2019
Clerk, U S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR., *aka* *L.J. Price*,<br><br>Defendant. | CR 18–85–BLG–DLC<br><br>ORDER |

Before the Court is Stephen C. Casher's ("Casher") Motion to Intervene for the Limited Purpose of Seeking to Unseal the Joint Motion to Vacate and Reset Sentencing. (Doc. 71.) Casher currently stands trial before U.S. District Court Judge Watters in a matter related to his allegedly criminal dealings with Defendant Larry Wayne Price. (Doc. 72 at 4.) Casher intervenes seeking "all of the information touching or concerning benefits [Defendant] Price might be receiving from the Government as a result of his agreement to testify for the Government." (Doc. 72 at 4 (citing *Giglio v. United States*, 405 U.S. 150 (1972).) He contends that the Sealed Joint Motion to Continue Sentencing Hearing and Deadlines (Doc. 68) constitutes a benefit conferred to Defendant Price in exchange for his

agreement to testify for the United States in Casher's case (Doc. 72).

In his supporting brief (Doc. 72), Casher states that both the United States and Price object to his motion (Doc. 71). Be that as it may, neither the United States nor Price responded to Casher's motion within the prescribed time. *See* D. Mont. L.R. CR 47.2(a). The parties' unresponsiveness subjects Casher's motion (Doc. 71) to summary ruling, and the Court deems it an admission that any objection they may have conveyed to Casher lacks merit. D. Mont. L.R. CR 47.2(b).

Accordingly, Casher's motion (Doc. 71) is GRANTED to the extent that the clerk is directed to provide a copy of Document 68 to Casher's counsel of record, Mark D. Parker. Document 68 shall otherwise remain sealed to non-parties.

DATED this 27th day of September, 2019.

Dana L. Christensen, Chief Judge
United States District Court