IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 16 2020
Clerk, U.S. District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 18–85–BLG–DLC |
| --- | --- |
| Plaintiff, | CR 18–149–BLG–DLC |
| vs. | ORDER |
| LARRY WAYNE PRICE, JR., | |
| Defendant. | |

Before the Court is the Government's Unopposed Motion for the Release of 3533 Ferncliff Road, Pulaski, Virginia, from the Preliminary Order of Forfeiture. (Doc. 75.) The motion provides for sale and credit of proceeds to restitution as contemplated by the Plea Agreement. (Doc. 41 at 6–7.)

Accordingly, IT IS ORDERED that the motion (Doc. 75) is GRANTED. IT IS FURTHER ORDERED that the property at 3533 Ferncliff Road, Pulaski, Virginia, 24301, Tax ID 092-007-0000-0008 is RELEASED from the Preliminary Order of Forfeiture (Doc. 60 at 3). The property at issue is fully described as:

- PARCEL 1:

    All of that certain 0.72 + or - acre parcel of improved land located at 3533 Ferncliff Road, Pulaski, in the Draper Magisterial District of Pulaski County, Virginia, currently bearing tax map/parcel #92-7-8, tax account #8344, described in a deed dated August 3, 1976, recorded in the Pulaski County Circuit Court Clerk's Office in Deed Book 315, page 301 as:

1

BEGINNING at point located at the North [sic] corner of lands of Billy O'Dell; thence North 51E 50' West 129.6 feet to a stake on or near said 1850 contour line; thence with the same, North 47E 00' East 67.0 feet; South 50E 15' East 60 feet; thence with the Northerly line of lands of Billy O'Dell, South 44E 00' East 212 feet to the point of the BEGINNING, and containing 0.72 acres.

And being the same property acquired by Grantor from Arnold Lee Hedge, et als, by Deed dated August 26, 2015, of record in the Office of the Clerk of the Circuit Court of Pulaski County, in Instrument #150002609.

- PARCEL 2:

The parcel of real estate, situated on the right (when facing downstream) side of New River lying and being in the Hiwassie Magisterial District, and more particularly described as:

BEGINNING at a point on the northern line of Lakeview Drive which point is a common corner to Lot 17 and Lot 18; thence with Lakeview Drive S. 57E 55' W. 90 feet to point on Lot 16; thence through Lot 16 N.32E 05' W. approximately 154 feet to a point on the northern boundary line of Lot 16; thence N. 57E 55' E.50 feet; thence N. 48E 43' E. 50 feet to another common corner of Lot 17 and Lot 18 and thence with the common corner of Lot 17 and Lot 18 S. 32E 19' E. 162 feet to the point and place of BEGINNING.

And being the same property acquired by Price Land Holdings, LLC, from Doris J. Rees, by Deed dated July 7, 2015, which Deed is recorded in the Office of the Clerk of the Circuit Court of Pulaski County, in Instrument #150001985.

Dated this 16th day of March, 2020.

*Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court