IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR.,<br><br>Defendant. | CR 18-85-BLG-DLC<br>CR 18–149–BLG–DLC<br><br><br>ORDER |

Before the Court is Defendant's Unopposed Motion for Leave to File Motion Under Seal.  (Doc. 82.)  Counsel for Defendant represent that their forthcoming Motion for Co-Counsel to Appear Telephonically contains information that falls within the scope of Local Rule 16.4.  (*Id.* at 2.)

Accordingly, with good cause shown, IT IS ORDERED THAT the motion (Doc. 82) is GRANTED.  Defendant may file his Motion for Co-Counsel to Appear Telephonically under seal.

DATED this 24th day of September, 2020.

_____
Dana L. Christensen, District Judge
United States District Court