IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITD STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR.<br><br>Defendants. | CR 18-85-BLG-DLC<br>CR 18-149-BLG-DLC<br><br>ORDER |

Defendant has filed a motion to withdraw his motion for video hearing. (Doc. 98.) Good cause appearing,

IT IS ORDERED that Defendant's motion is GRANTED and the Motion for Video Hearing (Doc. 96) is WITHDRAWN.

DATED this 23rd day of October, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

1