IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, Jr.<br><br>Defendant. | CR-18-85-BLG-DLC<br><br><br>ORDER TO SEAL |

Defendant has filed an unopposed motion to seal the Proposed Findings and Recommendation and Proposed Exhibits under seal. (Doc. 100). Good cause appearing,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Defendant Larry Wayne Price, Jr. may file his Proposed Findings and Recommendation and Proposed Exhibits under seal.

DATED this 2nd day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge