# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, Jr.<br><br>Defendant. | Case No. CR-18-85-BLG-DLC<br><br><br>**ORDER** |

Based upon the Defendant's unopposed motion, and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the Defendant, Larry W. Price, Jr., be allowed to attend and provide testimony during the Ancillary Hearing scheduled for November 6, 2020 by video. Counsel for Defendant shall contact the Billings Division Clerk's Office for connectivity instructions.

Dated this 4th day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge

26480/4/9585446v1