IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, Jr.<br><br>Defendant. | CR-18-85-BLG-DLC<br><br>ORDER TO SEAL |

Defendant has filed a motion to file his REVISED Proposed Findings and Recommendation and Proposed Exhibits under seal. (Doc. 111.) Good cause appearing,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Defendant Larry Wayne Price, Jr. may file his REVISED Proposed Findings and Recommendation and Proposed Exhibits under seal.

DATED this 16th day of November, 2020.

_____
Kathleen L. DeSoto
United States Magistrate Judge