IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR.,<br><br>Defendant. | CR 18–85–BLG–DLC<br>CR 18–149–BLG–DLC<br><br><br>ORDER |

Pursuant to Local Rule 67.1, the government moves for an order to deposit funds into the Court Registry. (Doc. 125.) Defendant Larry Wayne Price, Jr., does not oppose the motion. (*Id.*)

Accordingly, IT IS ORDERED that the motion (Doc. 125) is GRANTED.

IT IS FURTHER ORDERED that:

(1)   The Clerk of Court is directed to accept $1,700,000 from the proceeds of the sale of real property subject to forfeiture and/or restitution as set out in the government's motion. (*See* Doc. 125 at 2–3.) The funds shall be transmitted by check made payable to the Clerk of Court of the United States District Court for the District of Montana;

(2)   The money be deposited with the Court Registry Investment System (CRIS);

(3)   The money be deposited in an interest-bearing account;

1

(4) The Administrative Office of the U.S. Courts shall be able to deduct from the income earned on the investment a fee, not exceeding that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States courts, whenever such income becomes available for deduction and without further order of the Court; and

(5) That the tax identification number of the depositor be set forth under seal in a separate document.

DATED this 15th day of March, 2021.

_____
Dana L. Christensen, District Judge
United States District Court