IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR.,<br><br>Defendant. | CR 18–85–BLG–DLC<br>CR 18–149–BLG–DLC<br><br><br><br>ORDER |

Before the Court is the government's Unopposed Motion to Credit Victim Receipts of Net Proceeds Against Restitution Owed by Defendant. (Doc. 130.) Pursuant to this Court's December 1, 2020 Order (Doc. 117 at 7), the United States moves to reduce the restitution Defendant Larry Wayne Price, Jr. owes in accordance with the net proceeds from the sales of real property. The government properly supports its motion with documentation of each sale. (Docs. 131-1, 131-2, 131-3, 131-4, 131-5.)

The problem with the government's motion, however, is that the Court ordered $7,500,000 in total restitution to the *individual members* of Three Blind Mice, with that total apportioned unequally between the three individuals as follows:

(a)  Stephen Casher is owed $1,250,000;

(b)  Dr. Robert Schlidt is owed $1,250,000; and

1

     (c)    Dr. Raoul Joubran is owed $5,000,000.  (Doc. 117 at 7.)

In other words, restitution was ordered not to the entity of Three Blind Mice, but to the three individuals who comprise it.  Further, the $7,500,000 sum is not split evenly between Mr. Casher, Dr. Schlidt, and Dr. Joubran.  The government's motion does not distinguish between the amounts to be credited against the restitution owed to these three individual victims, but instead simply states a total credit against the restitution owed to Three Blind Mice.

     Accordingly, IT IS ORDERED that the motion (Doc. 130) is DENIED, subject to renewal if the government clarifies how the total credited amount of $1,217,185.90 against the restitution owed to the members of Three Blind Mice should be apportioned between Mr. Casher, Dr. Schlidt, and Dr. Joubran.

     DATED this 19th day of May, 2021.

                                       Dana L. Christensen, District Judge
                                       United States District Court