IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR., aka L.J. Price,<br><br>Defendant. | CR 18–85–BLG–DLC<br>CR 18–149–BLG–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion to Dismiss Preliminary Order of Forfeiture for Lot 4 Block 1, Price Subdivision. (Doc. 139.) The Motion explains that Lot 4 was not included in the interlocutory sale of Lots 1, 2, and 3 of the Price Subdivision because of title issues as to Lot 4 arising from a quiet title action. (*Id.* at 2.) The Motion further states that the United States moves to dismiss the preliminary order of forfeiture as to Lot 4 because the underlying real property encompassing Lot 4 was purchased in 2014, before the scheme to defraud in this case; the fraudulent proceeds traceable from the scheme to defraud were largely applied to another property sold under the interlocutory order; and title issues continue as to Lot 4. (*Id.* at 4.) Mr. Price does not oppose the motion. (*Id.*)

1

Good cause appearing, IT IS ORDERED that the following real property be dismissed from the Court's Preliminary Order of Forfeiture (Doc. 60):

> Lot 4, Block 1, of Price Subdivision, in the City of Billings, Yellowstone County, Montana, according to the official plat on file in the office of the Clerk and Recorder of said county, under Document No. 3724345, together with all buildings, improvements, fixtures, easements, and appurtenances thereto.

DATED this 2nd day of November, 2021.

_____
Dana L. Christensen, District Judge
United States District Court