IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LARRY WAYNE PRICE, JR., aka L.J. Price,<br><br>Defendant. | CR 18–85–BLG–DLC<br>CR 18–149–BLG–DLC<br><br><br>ORDER |

Before the Court is the United States' Unopposed Motion for Distribution and Credit of Court Registry Funds From the Sale of Lots 1, 2, and 3, Block 1, Price Subdivision. (Doc. 145.) The Court previously approved the parties' Stipulation (Doc. 140-1) providing that the $1.7 million deposited into the Court Registry from the sale of Lots 1, 2, and 3, plus any interest accrued to the date of the release by the Court Registry, and less the fees deducted by the Administrative Office of the United States Courts pursuant to Court order (Doc. 127), shall be disbursed to the Clerk of Court to be applied (1) one-half to restitution owing to 90M, and (2) one-half to restitution owing to the individual members of Three Blind Mice, LLC (17% to Stephen Casher, 17% to Dr. Robert Schlidt, and 66% to Dr. Raoul Joubran). (Doc. 143.) The United States now moves for distribution of these funds in accordance with the stipulation. (Doc. 145.) Neither Defendant

1

Larry Wayne Price, Jr., nor counsel for the victims objects to the United States' motion. (*Id.* at 3.)

Accordingly, IT IS ORDERED that the motion (Doc. 145) is GRANTED. The Clerk of Court shall withdraw the Court Registry funds, after deducting expenses and adding interest, to the date that the Clerk of Court withdraws said funds, and 50% of the funds shall be disbursed to restitution owing to 90M, and 50% of the registry funds shall be disbursed to restitution owing to the individual members of Three Blind Mice (the "Three Blind Mice Funds"), with 17% of the Three Blind Mice Funds being disbursed to Stephen Casher, 17% of the Three Blind Mice Funds being disbursed to Dr. Robert Schlidt, and 66% of the Three Blind Mice Funds being disbursed to Dr. Raoul Joubran.

The United States shall further provide the appropriate tax identification numbers under seal prior to disbursement.

DATED this 8th day of March, 2022.

_____
Dana L. Christensen, District Judge
United States District Court