IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LARRY WAYNE PRICE, JR., <br><br> Defendant. | CR 18–85–BLG–DLC <br><br> ORDER |

On June 6, 2024, the Court ordered the United States to show cause as to why the security bond in the above-captioned matter could not be released. (Doc. 152.) On July 3, 2024, the United States filed a motion for payment of bond money to restitution. (Doc. 156.) Through the motion, the United States requests that the Court direct the $250,000 cash bond on deposit with the registry to be paid toward Defendant's outstanding restitution obligations under 28 U.S.C. § 2044. (*Id.* at 1.)

Accordingly, IT IS ORDERED that the motion (Doc. 156) is GRANTED. The Clerk of Court is ordered to pay the $250,000 cash bond on deposit in the registry to the Clerk of Court in the Western District of Virginia at the following address:

U.S. District Court
210 Franklin Road SW, Suite 540
Roanoke, VA 24011

The payment shall be applied to Defendant's outstanding restitution.

DATED this 12th day of July 2024.

Dana L. Christensen, Chief District Judge
United States District Court